**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TRACY BARBER,** *pro se***,**

    **Plaintiff(s),**

v.                                                    CASE NO:  8:10-CV-1113-T-30EAJ

**STATE OF FLORIDA,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  An Order was entered on September 14, 2010 (Dkt. #11) which dismissed the Plaintiff's Second Amended Complaint and gave the Plaintiff twenty (20) days in which to file a Third Amended Complaint.  The deadline for filing a Third Amended Complaint has passed.  As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 19, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1113.dismiss.wpd